UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
11-15-07 rg
NOV 1 5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

**07CR 757 757**

v.

MIGUEL ZITLATL-ZAMORA
also known as "Carlos Zitlatl-Zamora"

Violation:  Title 8, United States Code,
Sections 1326(a) and (b)(2); and Title 6, United
States Code, Section 202(4)

Lefkow

JUDGE JOAN H. LEFKOW

The SPECIAL AUGUST 2006-2 GRAND JURY charges:    MAGISTRATE JUDGE KEYS    Keys

On or about October 18, 2007, at Wheaton, in the Northern District of Illinois, Eastern

Division,

MIGUEL ZITLATL-ZAMORA,
also known as Carlos Zitlatl-Zamora

defendant herein, an alien who previously had been deported and removed from the United States

on or about August 23, 2002 and June 25, 2004, was present and found in the United States without

previously having obtained the express consent of the Secretary of the Department of Homeland

Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United

States Code, Section 202(4).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY