MAGISTRATE JUDGE KEYS

07CR   757

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE JOAN H. LEFKOW** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 GJ 1077 | DATE | NOVEMBER 15, 2007 |
| CASE TITLE | US v. MIGUEL ZITLATL-ZAMORA aka "Carlos Zitlatl-Zamora" | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

### SPECIAL AUGUST 2006-2

The Grand Jury for the _____ Session, a quorum being present,
returns the above entitled indictment in open Court this day before

Judge or Magistrate Judge   *Nan R. Nolan*

**Docket Entry:**

NO BOND SET, DETAINED BY MAGISTRATE. DEFENDANT IS CURRENTLY IN THE ADMINISTRATIVE CUSTODY OF IMMIGRATION AND CUSTOMS ENFORCEMENT.

**FILED**
NOV 15 2007  rg

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                        UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices | | Date mailed notice | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | Mailing dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |