Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| CASE NUMBER | 07 CR 757 | DATE | 11/21/2007 |
| CASE TITLE | USA vs. Miguel Zitlatl-Zamora | | |

**DOCKET ENTRY TEXT**

Arraignment held on 11/21/2007 as to Miguel Zitlatl-Zamora. Michael Mann's oral motion for appointment of counsel is granted. Defendant informed of his rights. Defendant enters plea of not guilty to all counts of the indictment. 16.1(a) conference to be held by 11/28/07. Pretrial motions are to be filed by 12/12/07. Responses are due 12/26/07. Replies are due 1/2/08. Status hearing set before Judge Lefkow on 1/9/08 at 9:45 a.m. Defendant to remain in custody of U.S. Marshall. Enter excludable time from 11/21/07 to 1/9/08 pursuant to 18:3161(h)(1)(F).   (X-E)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|