CH

FILED

JAN - 7 2008 TG
JAN 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s) —

V.

Case No. 07 cr 757-1

Judge Lefkow

Defendant(s)

Miguel A. Zitlatl Zamora   Page 1-2

I'm writting this statement to explain Miguel's situation. In 2000 Miguel was chareged with criminal sexual abbuse! I was the alleged "Victim" my name is Alisen Rosenthal, and when Miguel and I met i was only fourteen. I lied to him about my age and he belived me. My father was an alcoholic and abusive, one day we went out and I lost track of time, affraid of my father I told him about what was going on and he told me, thinking I was 17 at the time (if he ~~does so he~~ - hits - you don't have to go) so I didn't. three months later I became pregnant with our son, whom is now six years of age. and he told me we need to talk to your mom. When we went to talk to my mom with his family, my mom told him my real age. He couldn't believe it. The state charged him with sexual assault! My family and his were devistated. continued on page 2.

Alisun R.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) USA

Case No. 07CR 757

V.

Judge Lefkow

Defendant(s) Miguel Zitlatl Zamora

he served two years and then was deported, he re-entered, we didn't want our son to be raised without a father, so he decided to re-enter since then we had three more children, our second child which is a girl, was born two years after our son, Miguel was deported a second time, due to failure to register as a sex offender, my daughter was a month old, when he went back to prison, when he was deported. My kids and I lived In Mexico with him. for a couple of months. I became very Ill and had to be hospitilized so we returned. The life that we lived here was completley different than here. Miguel and I had a son who was born Sep. 11, 2007, him and I almost lost our son due to a stomach virus! It affected his heart, and liver. they told us It was only a matter of time, But thanks to Childrens memorial he pulled through. Please! Miguel is a great provider and father, we have been through so much! Please don't let him go to prison please.

Ausim R.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

USA

**PLAINTIFF**

CASE NO. 07cr757-1

VS.

Miguel A. Zitlatl Zamora

**DEFENDANT**

## PROOF OF SERVICE

TO: Judge lefkow lefkow
_____
_____

TO: _____
_____
_____

TO: _____
_____
_____

I, the undersigned (plaintiff / defendant), certify that on the 7 day of January, 08, I served a copy of this Statement to each person whom it is directed by way of _____

Name Allison M. Rosenthal
Address 59 Augusta Ct.
City/Zip Glendale Hts. IL
Telephone (630) 307-1228