# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 757 | **DATE** | 1/24/2008 |
| **CASE TITLE** | USA vs. Miguel Zitlatl-Zamora | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Nathalina Hudson appears for the Government and Michael Mann appears for the defendant Miguel Zitlatl-Zamora who was also present in court. Defendant enters a voluntary plea of guilty to Count One of the indictment in this case. Plea of guilty is accepted and defendant is adjudged guilty of Count One of the indictment in this case. Cause is referred to the Probation Department for preparation of the Pre-Sentence Investigation Report. Sentencing is set for 4/4/2008 at 9:30 a.m.

■[ For further details see text below.] Docketing to mail notices.

00:60

## STATEMENT

Counsel for the government and defendant(s) are expected to review LCrR 32.1 and comply with it. Failure to comply with the Rule and dates set forth herein may result in waiver of opportunity to submit positions concerning sentencing. Requests for extensions of time must be made on motion for good cause shown. Government's version of the offense shall be submitted to the Probation Office by 2/7/2008. Defendant's version of offense shall be submitted to the Probation Office by 2/14/2007. The assigned probation officer shall submit and serve a final presentence investigation report not later than 3/14/2008. Any party may file a Position Paper Concerning Sentencing Factors by 3/21/2008. Any response to any Position Paper must be filed by 3/28/2008.

| | Courtroom Deputy Initials: | MD |
|---|---|---|