# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 757 | **DATE** | 4/30/2008 |
| **CASE TITLE** | USA vs. Miguel Zitlatl-Zamora | | |

**DOCKET ENTRY TEXT**

Sentencing held, Nathalina Hudson appearing for the government and Michael Mann appearing for defendant Miguel Zitlatl-Zamora, who was also present in court.

00:40

| | Courtroom Deputy Initials: | MD |
|---|---|---|